UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL DIAZ,

       Petitioner,

 -against-                20 **CIVIL** 5469 (NSR)

                          **JUDGMENT**

WILLIAM F. KEYSER,

       Respondent.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2022, MJ Davison's R&R is ADOPTED in its entirety, Petitioner's objections are OVERRULED, and the Petition is DISMISSED. Further, as Petitioner has not made a substantial showing of the denial of a constitutional right, the Court will not issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F3d 192, 195 (2d Cir. 2005); Lozada v. United States, 107 F3d 1011, 1017 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F3d 225, 259-60 (2d Cir. 1997). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 US 438, 444-45 (1962).

**Dated:** New York, New York

   June 28, 2022

                         **RUBY J. KRAJICK**

                            **Clerk of Court**

               **BY:** *K. Mango*

                             **Deputy Clerk**